## United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Pittsburgh National Golf Club, Inc.** _____ ,  Case No.  **11-** _____

Debtor

Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, gov-ernment contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| **Pitt Auto Electric Company**<br>**1241 Freedeom Road**<br>**Cranberry Township, PA 16066** | | | | **$34,789.84** |
| **Allegheny Lawn**<br>**1241 Freedom Road**<br>**Cranberry Township, PA 16066** | | | | **$34,603.00** |
| **Hodges Rash Co.**<br>**5029 Stags Leap Lane**<br>**Coraopolis, PA 15108** | | | | **$20,778.00** |
| **PNC Bank**<br>**One PNC Plaza**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | | | | **$20,000.00** |
| **PNC Equipment Finance**<br>**600 Grant Street**<br>**Pittsburgh, PA 15219** | | | | **$19,872.00** |
| **VGM Financial**<br>**P.O. Box 78523**<br>**Milwaukee, WI 53278** | | | | **$18,902.00** |

In re **Pittsburgh National Golf Club, Inc.**_____ , Case No. **11-**_____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **Wells Fargo Financial Leasing**<br>**P.O. Box 6434**<br>**Carol Stream, IL 60197** | | | | **$15,980.00** |
| **Direct Energy Business**<br>**P.O. Box 643249**<br>**Pittsburgh, PA 15264** | | | | **$12.331.00** |
| **Pittsburgh Post Gazette**<br>**34 Blvd. of the Allies**<br>**Pittsburgh, PA 15222** | | | | **$10,927.00** |
| **US Food Service**<br>**P.O. Box 643190**<br>**Pittsburgh, PA 15264** | | | | **$7,620.00** |
| **ESB Bank**<br>**P.O. Box 38744**<br>**Pittsburgh, PA 15238** | | | | **$6,966.00** |
| **Clear Channel Broadcasting**<br>**20880 Stone Oak Parkway**<br>**San Antonio, TX 78258** | | | | **$6,605.00** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **Pittsburgh National Golf Club, Inc.**                              ,   Case No.  **11-** _____

                                        Debtor                                    Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim [if secured also state value of security]* |
|---|---|---|---|---|
| **WEAE Bank of America**<br>**12587 Collections Center Drive**<br>**Chicago, IL 60693** | | | | **$6,375.00** |
| **Highmark Blue Shield**<br>**P.O. Box 382146**<br>**Pittsburgh, PA 15250** | | | | **$6.324.00** |
| **Taylor Made Golf Co.**<br>**P.O. Box 406043**<br>**Atlanta, GA 30384** | | | | **$6,245.00** |
| **Ahead, Inc.**<br>**270 Barnet Blvd.**<br>**New Bedford, MA 02745** | | | | **$3,777.00** |
| **PNC Bank**<br>**One PNC Plaza**<br>**249 Fifth Avenue**<br>**Pittsburgh, PA 15222** | | | | **$3,707.00** |
| **TW Phillips Gas**<br>**P.O. Box 1231**<br>**Butler, PA 16003** | | | | **$3,700.00** |

**B4 (Official Form 4) (12/07)4 -Cont.**

In re  **Pittsburgh National Golf Club, Inc.**_____ ,   Case No.  **11-**_____

                     Debtor             Chapter   **11**_____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| **GPS Industries**<br>**1074 North Orange Avenue**<br>**Sarasota, FL 34236** | | | | **$3,600.00** |
| **Oakmont Water Authority**<br>**P.O. Box 73**<br>**Oakmont, PA 15139** | | | | **$3.402.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Lars Eckberg, president of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:  **4/1/2011**_____          Signature:   **s/ Lars Eckberg**_____

                                               **Lars Eckberg ,president**_____
                                               (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.